The Honorable JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFECT CAMPBELL, WILLIAM R. BROWN, DANNY CROWDER, JOSE FERREZ, DUANE JONES, EDWIN KYLES, DONALD L. MILLS, JR., CORNELL TUNNEY, BERNARD WOODS, THURMAN E. YOUNG, JR. WALID AL-ADSSANI, GREGORY HILLS,<br><br>PLAINTIFFS,<br><br>VS.<br><br>OBAYASHI CORPORATION, INC., A FOREIGN CORPORATION, PARSONS BRINCKERHOFF CONSTRUCTION SERVICES, INC. D/B/A RCI CONSTRUCTION, A DOMESTIC CORPORATION AND BALFOUR BEATTY RAIL CORPORATION, INC., A FOREIGN CORPORATION.<br><br>DEFENDANTS. | CASE NO.: CO8-0181 JLR<br><br>MOTION TO WITHDRAW<br><br>NOTED FOR CONSIDERATION:<br>January 28, 2008 |

## 1. Facts

Counsel of record for the plaintiffs in this matter is Lori S. Haskell. The Plaintiffs collectively have a common action against the Defendants, which arose out of common evidentiary circumstances. In the course of recent discovery,

Motion To Withdraw

Law Office of *Lori S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119
(206) 285-4130

Plaintiffs' counsel perceived that she may be in circumstances that involve a potential ethical conflict. Immediately, Counsel took steps to resolve the potential ethical dilemma. Despite the actions taken Counsel has determined that the dilemma cannot be resolved. Counsel has determined that she must withdraw from representing all of the Plaintiffs.

Discovery cutoff in this matter is February 2, 2009 and the case is set for trial on June 2, 2009. Counsel for Plaintiffs has devoted considerable time and resources to representing the Plaintiffs, nevertheless the potential ethical compromise is a problem that appears to have no solution as to this counsel for all these Plaintiffs or any individual Plaintiff. In an effort to avoid the need to withdraw from representing all the Plaintiffs the following has been done.

Counsel has (a) consulted with the Washington State Bar Association, (b) researched the issue that prompted her concerns about the potential ethical implications, (c) , consulted with other attorneys about potential options and (d) attempted to find other counsels to immediately take over representation of the Plaintiffs. Based upon the foregoing, Counsel has concluded that due to the nature of the ethical conflict she must withdraw. [See Declaration of Lori S. Haskell.]

Plaintiffs' counsel will make all files available immediately to any attorney who wishes to review the case on behalf of the individual plaintiffs and will do everything necessary to transition the matter to any attorneys retained by the

Motion To Withdraw

plaintiffs. Due to the nature of the conflict and plaintiffs' counsel's conclusion that ethically she must withdraw from representing all the plaintiffs, she is requesting a continuance so that new counsels will have adequate time to effectively represent the individual plaintiffs.

## II. STATEMENT OF ISSUES

1. Does due process demand that when a counsel representing multiple Plaintiffs determines that an ethical conflict exists and that withdrawal as counsel is the only option that a continuance be granted to allow for new counsel for the individual plaintiffs.

## IV. EVIDENCE RELIED UPON

1. Declaration of Lori S. Haskell.

## V. AUTHORITY

FRCP GR 2(g)4(A) provides for withdrawal of counsel and the Rules of Professional Conduct mandate that counsel must withdraw when faced with an ethical conflict. Trial in this matter should be continued so that the individual plaintiffs can retain appropriate representation.

## CONCLUSION

Motion To Withdraw

This court should allow Plaintiffs' Counsel to withdraw so that her ethical duties are not compromised. In addition, a continuance should be granted to provide adequate time for the plaintiffs to retain alternative counsel.

Respectfully submitted this <u>16th</u> day of January, 2008.

_____
Lori S. Haskell
WSBA # 15779
1900 W. Nickerson St. #209
Seattle, WA 98119
Tele. (206) 285-4130

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States that a true and accurate copy of the document to which this declaration is affixed, the Declaration of Lori S. Haskell, was delivered via messenger and ECF Notification. on this 16th day of January, 2008 to:

James P. Wagner
Alexander Baehr
Dorsey Whitney
1421 Fifth Avenue, Suite 3400
Seattle, WA 98101
wagner.james@dorsey.com,
baehr.alexander@dorsey.com

Karen P. Kruse
Barry Alan Johnsrud
Laurie L. Johnston
Jackson Lewis
One Union Square

Motion To Withdraw

Law Office of *Lori S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119
(206) 285-4130

600 University St. #2900
Seattle, WA 98101
KruseK@jacksonlewis.com,
JohnstonL@jacksonlewis.com
JohnsrudB@jacksonlewis.com

This motion has been served on:

William R. Brown
2205 1st Avenue South, #24
Seattle, Washington 98121

Cornell Tunney
519 NE 165th Street
Seattle, Washington 98155

Walid Al-Adsani
PO Box 7014
Bellevue, Washington 98008

Jose Ferrez
12233 16th Avenue S.
Seattle, Washington 98168

Donald J. Mills, Jr.
13041 12th Avenue SW, #2
Seattle, Washington 98146

Edwin Kyles
1300 E. Union Street, #7
Seattle, Washington 98122

Lafect Campbell
1120 14th Avenue, #105
Seattle, Washington 98144

Thurman Young
11138 5th Ave. S.
Seattle, WA 98168

Bernard Woods
6812 So. 123rd St, Apt. 56
Seattle, WA 98178

Duane Jones
2317 Third Avenue #507
Seattle, WA 98121

Danny Crowder
4223 S. 172nd
Seattle, WA 98188

Motion To Withdraw

Law Office of *Lori S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119
(206) 285-4130

1  Gregory Hills
   77 S. Washington St.
2  Seattle, WA 98104

3

4

5

6

7  Dated this 15th day of January, at Seattle, Washington.

8

9

10

11  _____
    Lori S. Haskell,
12  WSBA # 15779
    Attorney for Plaintiff
13  1900 W. Nickerson St. #209
    Seattle, WA 98119
14  Tele. 206-285-4130
     Facsimile 206-285-4610

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion To Withdraw

Law Office of *Lori S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119
(206) 285-4130