**The Honorable JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFECT CAMPBELL, WILLIAM R. BROWN, DANNY CROWDER, JOSE FERREZ, DUANE JONES, EDWIN KYLES, DONALD L. MILLS, JR, CORNELL TUNNEY, BERNARD WOODS, THURMAN E. YOUNG, JR. WALID AL-ADSSANI, GREGORY HILLS,<br><br>PLAINTIFFS,<br><br>VS.<br><br>OBAYASHI CORPORATION, INC., A FOREIGN CORPORATION, PARSONS BRINCKERHOFF CONSTRUCTION SERVICES, INC. D/B/A RCI CONSTRUCTION, A DOMESTIC CORPORATION AND BALFOUR BEATTY RAIL CORPORATION, INC., A FOREIGN CORPORATION.<br><br>DEFENDANTS. | CASE NO.: CO8-0181 JLR<br><br>**Declaration of Lori S. Haskell In Support of Motion To Withdraw** |

I, LORI S. HASKELL, declare as follows:

1. I represent all the Plaintiffs in the above-captioned matter. I am over the age of 18 years.

DECLARATION OF LORI S. HASKELL
IN SUPPORT OF MOTION TO WITHDRAW

Law Office of Lori S. Haskell
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119

I am competent to testify and have personal knowledge of the facts set forth in this Declaration.

2. I have represented a collection of unrelated Plaintiffs in an action where I believe that the Plaintiffs have common liability evidence and common causes of action, which arose out of their common work environment.

3. Over time, I have devoted considerable time and resources to representing the Plaintiffs collectively.

4. During recent depositions, I became concerned about a potential ethical dilemma. Upon realization, I did promptly engage in analysis, research and efforts to resolve the situation.

5. I have researched this matter thoroughly to ascertain whether or not I can ethically continue my representation of all Plaintiffs or any Plaintiff individually. I have concluded that I cannot continue to represent all or any one Plaintiff. I believe that I am ethically bound to withdraw from representing all of the Plaintiffs.

6. The following are steps that I have taken to resolve the matter without withdrawing and what steps I need to take to assure I am within the bounds of the Rules of Professional Conduct that direct my actions.

7. Upon my personal appreciation of the potential ethical dilemma I consulted several attorneys around the state. Those attorneys have explored a variety of options with me, but ultimately have advised me that I am ethically bound to withdraw and that I should consult with the Washington State Bar Association ethical hotline.

DECLARATION OF LORI S. HASKELL
IN SUPPORT OF MOTION TO WITHDRAW

Law Office of Lori *S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119

8. I have done research to determine whether the matters could be approached differently.

9. I have consulted with the Washington State Bar Association about the circumstances and have been advised that I am ethically bound to withdraw.

10. During the course of this urgent problem solving process, I have attempted to find counsel for the plaintiffs that could be substituted as counsel for the Plaintiffs individually or collectively. As of this date I have been unable to locate substitute counsels. Additionally, I have advised the clients that they need to secure new counsels to prosecute their individual causes of action.

11. I have begun the process of having all files copied so that they are immediately available to the Plaintiffs and any potential counsels who wish to review them.

12. In consideration of the due process rights of all the Plaintiffs I believe I have the obligation to secure a continuance of the matter for four to six months, so that new counsels have time to get up to speed on the case and prepare.

13. I will do everything I can to assure a smooth transition to counsels for the plaintiffs. To expedite the matter and increase the odds that new counsel will immediately take up the cause of the Plaintiffs, I am waiving all my earned attorneys fees and will agree to await any reimbursement of the costs advanced until the matter is resolved.

14. Due to the nature of the conflict, in order to abide by the Rules of Professional Conduct I must withdraw.

DECLARATION OF LORI S. HASKELL
IN SUPPORT OF MOTION TO WITHDRAW

Law Office of Lori *S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119
Tele. 206 285-4130

1 | I make the foregoing statement under penalty of perjury under the laws of
2 | the state of Washington and the United States.

*[signature]*
Lori S. Haskell  WSBA #15779
Attorney for Plaintiffs
1900 W. Nickerson St. #209
Seattle, WA 98119
(206) 285-4130

DECLARATION OF LORI S. HASKELL
IN SUPPORT OF MOTION TO WITHDRAW

Law Office of Lori *S. Haskell*
Fishermen's Terminal
1900 W. Nickerson St. #209
Seattle, WA 98119
Tele. 206 285-4130