1
2
3
4                                  **The Honorable JAMES L. ROBART**
5
6
7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE
8

9  LAFECT CAMPBELL, WILLIAM R. BROWN,)      **CASE NO.: CO8-0181 JLR**
   DANNY CROWDER, JOSE FERREZ, DUANE )
10 JONES, EDWIN KYLES, DONALD L. MILLS,)
   JR, CORNELL TUNNEY, BERNARD        )     **ORDER GRANTING PLAINTIFFS'**
11 WOODS, THURMAN E. YOUNG, JR. WALID )     **COUNSEL'S MOTION TO WITHDRAW**
   AL-ADSSANI, GREGORY HILLS,         )
12                                    )     **(PROPOSED)**
              PLAINTIFFS,             )
13                                    )
        VS.                           )
14                                    )
   OBAYASHI CORPORATION, INC., A
15 FOREIGN CORPORATION, PARSONS
   BRINCKERHOFF CONSTRUCTION
16 SERVICES, INC. D/B/A RCI
   CONSTRUCTION, A DOMESTIC
17 CORPORATION, AND BALFOUR BEATTY
   RAIL CORPORATION, INC., A FOREIGN
18 CORPORATION.

19 Defendants.

20 _____

21        This matter having come on for hearing in the above-named court upon Plaintiffs'
22 Counsel's motion, the court having reviewed the Plaintiffs' motion, the declaration of Lori S.
23 Haskell, the Defendants' response, and the Plaintiffs' reply, if any, and having considered the file
   and records contained therein, now, therefore, it is hereby
24
25        ORDERED that the Plaintiff's Motion To Withdraw
   is hereby :
26                            GRANTED.

27                                                            Law Office of Lori *S. Haskell*
                                                              Fishermen's Terminal
28                                                            1900 W. Nickerson St. #209
   ORDER GRANTING PLAINTIFFS' COUNSEL'S                       Seattle, WA 98119
   MOTION TO WITHDRAW                                         Tel: 206 285 4130

1
2        Dated this _____ day of January, 2009.
3
4                        _____
                         THE HONORABLE JAMES L. ROBART
5
6
7  Presented by:
8
9  _____
   Lori S. Haskell  WSBA #15779
10 Attorney for Plaintiffs
   1900 W. Nickerson St. #209
11 Seattle, WA  98119
   (206) 285-4130
12 lori@haskellforjustice.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                  Law Office of Lori S. *Haskell*
                                                    Fishermen's Terminal
28 ORDER GRANTING PLAINTIFFS' COUNSEL'S              1900 W. Nickerson St. #209
   MOTION TO WITHDRAW                               Seattle, WA  98119
                                                    Tele. 206 285-4130