CONFIDENTIAL

08-CV-00181-NTC

**lear** ™

May 3, 2009

FILED — ENTERED
LODGED — RECEIVED

MAY 04 2009  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

**The Honorable James L. Robart**
U.S. District Court
Western District Of Washington
At Seattle

**RE: C08-0181 JLR – Amicus curiae**

Your Honor;

I was brought into these cases in a paralegal capacity by the plaintiffs attorney. He motioned for the continuance, the guy went to see Lori Haskell and went through the case files, he obtained evidence from one of the plaintiffs, he researched cases, he held meetings with myself and the plaintiffs, and so on. He used up all of the time gained by the continuance. The deadline to respond to summary judgment was Monday April 20th. The attorney called me on a conference call Wednesday April 15th with two of the plaintiffs in his office. Essentially, he was in panic mode. He needed me to put a case together for the plaintiffs as a rush job. He said he was sending the plaintiffs to my location with case law he prepared, he needed me to follow his exact format, and he needed the work by Thursday April 16th. The man was freaking out, but what he asked was impossible. I had work ahead of his, and I couldn't put a case together overnight anyway.

I finished the work Friday night April 17th and called him. He failed to return my call. I emailed. He failed to return my email. I finally got the man on the phone Saturday evening, and it boiled down to "he was scared to death, he couldn't go forward." But, he "didn't tell the plaintiffs." Plus, he wasted all the time, which guaranteed that the cases of his clients would be dismissed. I "had to" phone the plaintiffs and tell them that the attorney backed out.

The way I see it, an attorney cannot represent his clients under the circumstances described above, and then vanish like a puff of smoke right before the deadline and not even bother to tell them.

ROB LEAR
PRINCIPAL

(206) 888-1303

1431 MINOR AVE
SUITE # 313
SEATTLE, WA
98101-1922

An analogy might be, "**if a doctor shows up drunk for surgery and passes out in the operating room, then somebody had better save the patient.**"

Either the attorney fainted, or he never intended to handle the cases in the first place. It may be that he was a "shill," there for no other reason than to guarantee failure. **I took an assignment I didn't want from an attorney who then left his clients in a disaster and me holding the bag**. That's not reasonable. I don't practice law, but I have to provide "reasonable" service.

Paralegal is less than 1% of what I do. I actually head an "Economic Task Force." I own a large internet portal providing cross industry "services, resources, and solutions for business" with infrastructure in Seattle, New York, and London. I'm a self branded "problem solver," not a lawyer. But, people don't have to own or want to start a business to benefit from my services. All they have to have is a problem of some nature, which could be anything ranging from; "fix my resume," to "help me write a business plan," to "how do I sustain my non-profit," to "I need a website," to "my neighbor stole my house," to "I need an Angel Investor." The client could be a software company in India wanting to set-up an LLC onshore, or a CIA Contractor needing to sell encryption software to allied nations, or the Chairman of an alternative trading system needing to raise 13 million dollars which has to come through a finder with pre-existing relationships with private investors.

I'm not a lawyer, and I don't pretend to be one. But I do know this. Donald Mills offered the Obayashi-San Francisco letter to Lori Haskell, and she refused to take it. He also offered the letter to the attorney that brought me into this mess, and he too refused to take it. The letter clearly indicates that Mills complained to Obayashi Headquarters in San Francisco, Obayashi Seattle rehired him, and then **"retaliated."** Plain and simple. The Mills/Obayashi letter also indicates that Tom Hartman and his racist minions are **saboteurs**. They **sabotage** African American Workers who in turn sue Obayashi, then Hartman and his gang doctor the paperwork to try to clean up their paper trail. That's what is hidden underneath this mess. **Malfeasance**. That's what they are hiding.

Once again, I was brought into this mess in a paralegal capacity by a licensed attorney. I didn't want these cases because I really don't have time for this. I just finished solving a problem for Congress and the DOD. Now, I am working on other matters, including housing issues. The entire system is being overhauled, and transparency is required if "anything" is actually going to be fixed. Thus, my involvement in these cases is *Amicus curiae*.

Respectfully Submitted,



## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that, I am 18 years of age or older, that I am not a party to the action, and that on this day I served electronically by email a true and accurate copy of the document to which this declaration is affixed to the following email addresses:

johnstonl@jacksonlewis.com
johnsrudb@jacksonlewis.com
wolvertong@jacksonlewis.com

**Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101**

Dated this 3rd day of May, 2009, at Seattle, Washington.

_____
Rob Lear