UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFECT CAMPBELL; WILLIAM R. BROWN; EDWIN KYLES; DONALD J. MILLS, JR. AND CORNELL TUNNEY,<br><br>Plaintiffs,<br><br>v.<br><br>OBAYASHI CORPORATION, INC., a foreign corporation,<br><br>Defendant. | Case No. C08-181JLR<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFFS and on behalf of DEFENDANT OBAYASHI CORPORATION, INC. in the unopposed amount of $8,268.05.

Entered this ___15th___ day of JUNE , 2009 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1